Ella H. Tinkoff et al., Appellants, v. Paul Korshak et al., Appellees.

Gen. No. 43,397.

 opinion filed June 26, 1946; rehearing denied September 18, 1946; released for publication September 19, 1946. Ella H. Tinkoff and Paysoff Tinkoff, *pro se;* Max M. Korshak, for appellees. Opinion by JUSTICE LEWE. Not to be published in full.